## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael Edward Folajtar             CHAPTER 13
       Anabela Miranda Folajtar fka
Anabela Miranda Berardi            BKY. NO. 20-14317 PMM
          Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                  Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
14 Sep 2023, 13:13:21, EDT

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322