United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Edward Folajtar  
Anabela Miranda Folajtar  
    Debtors

Case No. 20-14317-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Nov 14, 2023     Form ID: 138OBJ     Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Edward Folajtar, Anabela Miranda Folajtar, 3975 Dale Circle, Northampton, PA 18067-9508 |
| 14815153 | + | PENNYMAC LOAN SERVICES, LLC, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14556865 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Federal Credit Union, 2141 Downyflake Lane, Allentown, PA 18103 |
| 14559129 | + | PennyMac Loan Services, LLC, c/o Ann E. Swartz, Esq, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14556864 | | Pennymac Loan, PO Box 5124387, Los Angeles, CA 90051 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 15 2023 00:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 15 2023 00:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14556858 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2023 00:28:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14573787 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:44:31 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14556859 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 00:44:37 | CITI, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14562125 | + | Email/Text: mrdiscen@discover.com | Nov 15 2023 00:28:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14556860 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:56:42 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 14562720 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 15 2023 00:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14556861 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2023 00:28:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 14556862 | + | Email/Text: Documentfiling@lciinc.com | Nov 15 2023 00:28:00 | Lending Club Corp., 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 14574896 | + | Email/Text: Documentfiling@lciinc.com | Nov 15 2023 00:28:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 14556863 | + | Email/Text: unger@members1st.org | Nov 15 2023 00:28:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14815014 | ^ | MEBN | Nov 15 2023 00:23:09 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14572658 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2023 00:45:01 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14574965 | + | Email/PDF: ebnotices@pnmac.com Nov 15 2023 00:44:56 | | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14556866 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 15 2023 00:56:42 | | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14556867 | | Email/PDF: ais.sync.ebn@aisinfo.com Nov 15 2023 00:44:45 | | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5000 |
| 14573730 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 15 2023 00:44:53 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14692238 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

**Name** | **Email Address**

ANDREW M. LUBIN
on behalf of Creditor PennyMac Loan Services  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

JASON M. RAPA
on behalf of Debtor Michael Edward Folajtar jrapa@rapalegal.com
secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com

JASON M. RAPA
on behalf of Joint Debtor Anabela Miranda Folajtar jrapa@rapalegal.com
secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com

MARISA MYERS COHEN
on behalf of Creditor PennyMac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARK A. CRONIN
on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: 138OBJ | Total Noticed: 23 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PennyMac Loan Services  LLC mfarrington@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael Edward Folajtar and Anabela
Miranda Folajtar
      Debtor(s)                       Case No: 20−14317−pmm
                                          Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/14/23

59 − 50
Form 138OBJ